IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| IIIPG ENTERPRISES, INC., MARIO SANCHEZ d/b/a VISA DUMPSTER AND RENTAL SERVICE, and MARIO SANCHEZ d/b/a VI-SA SERVICES and, PEDROPETE SERVICES, LLC<br>**Plaintiffs** | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br><br>5:15-CV-00029<br><br>JURY |
| THE CITY OF LAREDO, PETE SAENZ, RUDY GONZALEZ, JR., ESTEBAN RANGEL, ALEJANDRO ALEX PEREZ, JR., JUAN NARVAEZ, ROQUE VELA, JR., CHARLIE SAN MIGUEL, ROBERTO BALLI,<br>**Defendants** | | |

## PLAINTIFF'S STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT THE CITY OF LAREDO WITH PREJUDICE PURSUANT TO FRCP 41

**TO THE HONORABLE JUDGE OF SAID COURT:**

**PLAINTIFF IIIPG ENTERPRISES, INC** files this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii) of the above styled cause against Defendant the City of Laredo pertaining to dismissal with prejudice of this litigation.

All Parties have compromised and reached a settlement agreement mutually agreeable to all Parties in the above styled action. All Parties stipulate and agree to the Dismissal with Prejudice of Defendant the City of Laredo and of this suit. Each party will bear their own costs, expenses and attorney's fees.

This Stipulation of Dismissal with Prejudice addresses all of Plaintiff's claims against any named Defendant, therefore this case should be dismissed in its entirety with prejudice.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned cause of action is voluntarily dismissed with prejudice against the Defendant.

Signed this 28th day of April, 2017.

Respectfully submitted,

1514 Victoria, Suite 1
Laredo, Texas 78040
956/723-5031
956/726-3715—Facsimile

BY: _____
**MARIA ELENA MORALES**
State Bar No. 14419200
Federal Bar No. 5177
Attorney for Plaintiff IIIPG Enterprises

**DENTON NAVARRO ROCHA BERNAL HYDE & ZECH**
A Professional Corporation
2517 N. Main Avenue
San Antonio, Texas 78212
210/227-3243
210/225-4481 (Facsimile)
Lowell.denton@rampage-sa.com

BY: _____
**LOWELL F. DENTON**
State Bar No. 05764700
Southern Bar No. 8600
Counsel for Defendant